IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ONE 2008 CHEVROLET TRAILBLAZER LS,<br>VIN: 1GNDT13S682123823,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 12-CV-11<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER FOR DEFAULT JUDGMENT

The United States of America, by its attorney, John W. Vaudreuil, United States Attorney for the Western District of Wisconsin, by Elizabeth Altman, Assistant United States Attorney, filed a Verified Complaint of Forfeiture In Rem against the defendant 2008 Chevrolet Trailblazer LS, VIN: 1GNDT13S682123823.

The complaint alleges the defendant conveyance represents proceeds from the sale of a controlled substance in violation of 21 U.S.C. § 801, et seq and is property traceable to the proceeds of such violations. Title 18 U.S.C. Section 981(a)(1)(C) authorizes the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to a specified unlawful activity, as defined in 18 U.S.C. § 1956(c)(7). Title 18 U.S.C. Section 924(n) (firearms trafficking) is a specified unlawful activity under 18 U.S.C. § 1956(c)(7). The complaint also alleges the defendant

conveyance was used, or intended to be used, to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq.

The government attempted to provide notice of this action to all persons known by the government to have an interest in the defendant conveyance. To those persons that direct notice could not be accomplished, the government has made reasonable efforts to provide notice.

Notice of the forfeiture complaint was advertised on www.forfeiture.gov beginning April 24, 2012, for at least 30 consecutive days. The notices required that any claimant file a claim in this action.

No claim, answer, or other responsive pleadings have been filed pursuant to Rule G (4) and (5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

The United States of America has made application to this Court for a default judgment to be entered; accordingly,

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1.      The Default Judgment of Forfeiture is hereby entered whereby all right, title, and interest in the defendant 2008 Chevrolet Trailblazer LS, VIN: 1GNDT13S682123823, is conveyed to the Plaintiff, United States of America.

2. The United States Marshal is directed to dispose of the defendant 2008 Chevrolet Trailblazer LS, VIN: 1GNDT13S682123823 in accordance with federal law.

DATED: July 5, 2012

BY THE COURT:

WILLIAM M. CONLEY
United States District Judge

Entered this 5th day of July 2011.

PETER OPPENEER, Clerk of Court
United States District Court

3